

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

_____

ROBERT FRAZER
UNITED STATES ATTORNEY

*Kevin J. Maggio*
*Assistant United States Attorney*

*401 Market Street, 4th Floor*          Main: (856) 757-5105
*P.O. Box 2098*                         Direct:  (973) 986-6708
*Camden, NJ 08101*
kevin.maggio@usdoj.gov

May 19, 2026

**<u>Via Electronic Filing</u>**
Hon. Madeline Cox Arleo, U.S.D.J.
United States District Court
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

> Re:    ***Murillo-Castillo v. Florentino*, No. 25-cv-16728 (MCA)**
>           **Petitioner's Release from ICE Custody**

Dear Judge Arleo:

This Office represents Respondents in the above-referenced habeas matter filed by a noncitizen challenging the legality of their detention by U.S. Immigration and Customs Enforcement ("ICE").  We respectfully write in accordance with the Court's May 18, 2026 Memorandum Opinion and Order (ECF Nos. 15-16) granting the Petition and ordering Respondents to immediately release Petitioner. ICE released Petitioner from its custody yesterday, May 18, 2026, at approximately 6:40 p.m.  In light of the foregoing, Respondents respectfully request that the Court close this matter.

We thank the Court for its consideration of this matter.

Hon. Madeline Cox Arleo, U.S.D.J.
May 19, 2026
Page 2

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By:   *s/ Kevin J. Maggio*
      KEVIN J. MAGGIO
      Assistant United States Attorney
      *Attorneys for Respondents*

cc:   All counsel of record (*via electronic filing*)

Case shall be closed.

SO ORDERED

*s/Madeline Cox Arleo*
MADELINE COX ARLEO, U.S.D.J.

Date:   5/22/26